United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 11-22501-ref
John G. Kondoleon                                               Chapter 13
Georgia Kondoleon
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: dlv              Page 1 of 3              Date Rcvd: Apr 26, 2017
                              Form ID: 138NEW        Total Noticed: 76

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 28, 2017.
```
db/jdb         +John G. Kondoleon,    Georgia Kondoleon,    5121 Cassidy Drive,    Schnecksville, PA 18078-2656
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
12556312       +ADVANTA BANK CORP.,    PORTFOLIO RECOVERY ASSOCIATES,    140 CORPORATE BLVD, SUITE 100,
                 NOFOLK, VA 23502-4952
12556531      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:  FIA CARD SERVICES, N.A.,    PO Box 15102,
                 Wilmington, DE 19886-5102)
12556314        BANK OF AMERICA,    P.O. BOX 15222,    WILMINGTON, DE  19896-5022
12640796       +Bank of America, N.A.,    Bankruptcy Department,    Mail Stop CA6-919-01-23,    400 National Way,
                 Simi Valley, CA 93065-6414
13476460       +Bank of America, N.A. as successor-in-interest to,    FIA Card Services, N.A.,    P O Box 982284,
                 El Paso, TX 79998-2284
12556319       +CAPITAL ONE,    P.O. BOX 30281,    SALT LAKE CITY, UT 84130-0281
12556320       +CHASE,    P.O. BOX 24696,    COLMBUS, OH 43224-0696
12556321       +CHASE BANK USA, N.A.,    P.O. BOX 15298,    WILMINGTON, DE 19850-5298
12556322       +CHASE HOME FINANCE,    3415 VISION DRIVE,    COLUMBUS, OH 43219-6009
12556323       +CITICARDS/CITIBANK,    P.O. BOX 6500,    SIOUX FALLS, SD 57117-6500
12556325       +CLERK OF COURTS/CIVIL,    NO. 2009-C-0262,    455 HAMILTON STREET,    ALLENTOWN, PA 18101-1602
12556326       +CLERK OF COURTS/CIVIL,    NO. 2009-C-6382,    455 HAMILTON STREET,    ALLENTOWN, PA 18101-1602
12556324       +CLERK OF COURTS/CIVIL,    NO. 2010-C-3067,    455 HAMILTON STREET,    ALLENTOWN, PA 18101-1602
12556327       +CLERK OF COURTS/CIVIL,    NO. 2010-C-5983,    455 HAMILTON STREET,    ALLENTOWN, PA 18101-1602
12587832        Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 71083,
                 Charlotte, NC  28272-1083
12584397        Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
12571173       +Department Stores National Bank/Macys,    Bankruptcy Processing,    PO Box 8053,
                 Mason, OH 45040-8053
13652692       +Ditech Financial LLC,    f/k/a Green Tree Servicing LLC,    c/o Mary F. Kennedy, Esquire,
                 Law Offices of Gregory Javardian,    1310 Industrial Blvd., Ste. 101,
                 Southhampton, PA 18966-4030
13103497       +EverBank,    301 West Bay Street,    Jacksonville, FL 32202-5180
12602165        FIA Card Services NA as successor in interest to,    Bank of America NA (USA) and MBNA,
                 America Bank NA,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
12556330       +FIRST EQUITY CARD CORP.,    C/O PINNACLE CREDIT SERVICES,    7900 HIGHWAY 7, #100,
                 SAINT LOUIS, MN 55426-4045
12556331       +FIRST NATIONAL BANK OF OMAHA,    10625 TECHWOODS CIRCLE,    CINCINNATI, OH 45242-2846
12556332       +FIRST PREMIER BANK,    601 S.MINNESOTA AVENUE,    SIOUX FALLS, SD 57104-4868
12556334       +GECC,    C/O SECURITY CREDIT SERVICES, LLC,    2623 W. OXFORD LOOP,    OXFORD, MS 38655-5442
12556335        GL SERVICES LT,    P.O. BOX 2667 (141),    HOUSTON, TX  77252-2667
12556336       +GS SERVICES, LP,    P.O. BOX 2667(141),    HOUSTON, TX 77252-2667
12556318      ++HSBC BANK,    ATTN BANKRUPTCY DEPARTMENT,    PO BOX 5213,    CAROL STREAM IL 60197-5213
               (address filed with court:  BEST BUY,    HSBC RETAIL SERVICES,    P.O. BOX 15524,
                 WILMINGTON, DE  19850)
12882959        JPMorgan Chase Bank, N.A.,    c/o Five Lakes Agency, Inc.,    P.O. Box 80730,
                 Rochester, MI  48308-0730
12556338        LAW OFFICES OF ALAN R. MEGE,    P.O. BOX 1426,    BETHLEHEM, PA  18016-1426
12556245        Law Offices of Alan Mege,    PO Box 1426,    Bethlehem, PA 18016-1426
12556341       +MACY’S,    ATTN: BANKRUPTCY PROCESSING,    P.O. BOX 8053,    MASON, OH 45040-8053
12556342       +MARYLAND NATIONAL BANK,N.A.,    C/O CACH, LLC; APOTHAKER & ASSOC. P.C.,
                 520 FELLOWSHIP ROAD C306,    MOUNT LAUREL, NJ 08054-3410
12556344       +MICHAEL J. DOUGHERTY, ESQUIRE,    WELTMAN, WEINBERG & REIS, CO. L.P.A,
                 325 CHESTNUT ST., SUITE 1120,    PHILADELPHIA, PA 19106-2605
12556345       +MIDLAND CREDIT MANAGEMENT,    2365 Northside Drive, Suite 300,    San Diego, CA 92108-2709
12747894       +Thomas L. Lightner, Esquire,    LIGHTNER LAW OFFICES, P.C.,    4652 Hamilton Blvd.,
                 Allentown, PA 18103-6021
12556347       +UNIFUND CORPORATION,    10625 TECHWOODS CIRCLE,    CINCINNATI, OH 45242-2846
13028972        eCAST Settlement Corporation,    PO Box 28136,    New York, NY 10087-8136
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            +E-mail/Text: robertsl2@dnb.com Apr 27 2017 01:39:39     Dun & Bradstreet, INC,
                 3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 27 2017 01:39:30
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 27 2017 01:39:45     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/Text: bnc@bass-associates.com Apr 27 2017 01:39:07     Capital One, N.A.,
                 Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite #200,    Tucson, AZ 85712-1083
cr             +E-mail/Text: bankruptcy.bnc@ditech.com Apr 27 2017 01:39:15     Green Tree Servicing LLC,
                 POB 0049,    Palatine, IL 60055-0001
```

```
District/off: 0313-4          User: dlv                    Page 2 of 3                   Date Rcvd: Apr 26, 2017
                              Form ID: 138NEW              Total Noticed: 76

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
cr              E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 27 2017 01:40:52
                 Midland Funding LLC by American InfoSource LP as a,    PO Box 4457,    Houston, TX 77210-4457
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 27 2017 01:40:52
                 PRA Receivables Management LLC,    POB 41067,    Norfolk, VA 23541-1067
cr              E-mail/PDF: rmscedi@recoverycorp.com Apr 27 2017 01:35:02       Portfolio Investments I LLC,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
cr             +E-mail/PDF: gecsedi@recoverycorp.com Apr 27 2017 01:34:38
                 Recovery Management Systems Corporation For GE Mon,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
cr             +E-mail/Text: bnc@bass-associates.com Apr 27 2017 01:39:06       eCAST Settlement Corporation,
                 c/o Bass & Associates, P.C.,    3936 E Ft. Lowell, Suite 200,    TUCSON, AZ 85712-1083
12556317       +E-mail/Text: bankruptcydpt@mcmcg.com Apr 27 2017 01:39:31       BANK OF AMERICA,
                 C/O MIDLAND CREDIT MANAGEMENT,    8875 AERO DRIVE,    SAN DIEGO, CA 92123-2255
12813388       +E-mail/Text: bnc@bass-associates.com Apr 27 2017 01:39:06       Capital One, N.A,
                 Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd., Suite 200,    Tucson, AZ 85712-1083
12556328        E-mail/Text: mrdiscen@discover.com Apr 27 2017 01:39:08       DB SERVICING CORPORATION,
                 P.O.BOX 3025,    NEW ALBANY, OH 43054-3025
12556329        E-mail/Text: mrdiscen@discover.com Apr 27 2017 01:39:08       DISCOVER FINANCIAL SERVICES, LLC,
                 P.O. BOX 15316,    WILMINGTON, DE 19850-5316
12555523        E-mail/Text: mrdiscen@discover.com Apr 27 2017 01:39:08       Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
12646374        E-mail/PDF: rmscedi@recoverycorp.com Apr 27 2017 01:35:02       Equable Ascent Financial, LLC,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
12664922        E-mail/PDF: gecsedi@recoverycorp.com Apr 27 2017 01:34:38       GE Capital Retail Bank,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
12556333       +E-mail/PDF: gecsedi@recoverycorp.com Apr 27 2017 01:35:02       GE MONEY BANK/LOWES,
                 P.O.BOX 965005,    ORLANDO, FL 32896-5005
13314740        E-mail/Text: bankruptcy.bnc@ditech.com Apr 27 2017 01:39:15       Green Tree Servicing LLC,
                 PO Box 6154,    Rapid City, SD 57709-6154
12924658        E-mail/PDF: rmscedi@recoverycorp.com Apr 27 2017 01:35:02       Granite Recovery LLC,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,    Miami, FL 33131-1605
12694583       +E-mail/Text: bnc@bass-associates.com Apr 27 2017 01:39:07       HSBC Bank Nevada, N.A.,
                 Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
12557401        E-mail/Text: ECF@SHERMETA.COM Apr 27 2017 01:39:37       JPMorgan Chase Bank, N.A.,
                 c/o Shermeta, Adams & Von Allmen, P.C.,    P.O. Box 80908,    Rochester Hills, MI 48308-0908
12556339       +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 27 2017 01:34:41       LVN FUNDING LLC,
                 P.O.BOX 10497,    GREENGVILLE, SC 29603-0497
12556340       +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 27 2017 01:34:41       LVNV FUNDING,
                 P.O. BOX 10497,    GREENVILLE, SC 29603-0497
13173627        E-mail/PDF: resurgentbknotifications@resurgent.com Apr 27 2017 01:34:41       LVNV Funding LLC,
                 c/o Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
12933951        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 27 2017 01:40:52       Midland Funding LLC,
                 by American InfoSource LP as agent,    PO Box 4457,    Houston, TX 77210-4457
12593143       +E-mail/Text: bncmail@w-legal.com Apr 27 2017 01:39:37       OAK HARBOR CAPITAL III LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
12575526        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 27 2017 01:40:44
                 Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk VA 23541
12585151        E-mail/PDF: rmscedi@recoverycorp.com Apr 27 2017 01:34:40       Portfolio Investments I LLC,
                 c/o Recovery Management Systems Corp.,    25 SE 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
12656345       +E-mail/Text: csidl@sbcglobal.net Apr 27 2017 01:39:44       Premier Bankcard/Charter,
                 P.O. Box 2208,    Vacaville, CA 95696-8208
12556346       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 27 2017 01:57:51
                 ROBERT N. POLAS, JR., ESQUIRE,    C/O PORTFOLIO RECOVERY ASSOC., P.C.,    140 CORPORATE BLVD.,
                 NORFOLK, VA 23502-4952
12584782        E-mail/PDF: rmscedi@recoverycorp.com Apr 27 2017 01:35:02
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
12556313        E-mail/PDF: cbp@onemainfinancial.com Apr 27 2017 01:35:02       AMERICAN GENERAL FINANCE,
                 600 N. ROYAL AVENUE,    EVANSVILLE, IN 47715
12683292        E-mail/PDF: cbp@onemainfinancial.com Apr 27 2017 01:34:40       Springleaf Financial Services,
                 PO Box 3251,    Evansville, IN 47731
                                                                                              TOTAL: 34

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12556311        11-
cr*            +JPMorgan Chase Bank, N.A.,    c/o Five Lakes Agency, Inc.,    P.O. Box 80730,
                 Rochester, MI 48308-0730
cr*             LVNV Funding LLC,    c/o Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
cr*            +Midland Credit Management, Inc.,    2365 Northside Drive, Suite 300,    San Diego, CA 92108-2709
cr*            ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery Associates, LLC.,    POB 41067,
                 Norfolk, VA 23541)
cr*             eCast Settlement Corporation,    PO Box 28136,    New York, NY 10087-8136
12609431*       FIA Card Services NA as successor in interest to,    Bank of America NA (USA) and MBNA,
                 America Bank NA,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
```

```
District/off: 0313-4                  User: dlv                  Page 3 of 3                  Date Rcvd: Apr 26, 2017
                                      Form ID: 138NEW            Total Noticed: 76


              ***** BYPASSED RECIPIENTS (continued) *****
12556337*       ++HSBC BANK,    ATTN BANKRUPTCY DEPARTMENT,    PO BOX 5213,    CAROL STREAM IL 60197-5213
                 (address filed with court:   HSBC BONTON,    P.O. BOX 15524,    WILMINGTON, DE  19850)
12557307*       +Midland Credit Management, Inc.,    2365 Northside Drive, Suite 300,   San Diego, CA 92108-2709
12933971*        Midland Funding LLC,    by American InfoSource LP as agent,    PO Box 4457,
                   Houston, TX  77210-4457
12934905*        Midland Funding LLC,    by American InfoSource LP as agent,    PO Box 4457,
                   Houston, TX  77210-4457
12646359*       ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court:   Portfolio Recovery Associates, LLC,    PO Box 41067,
                   Norfolk, VA 23541)
12718760*       ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court:   Portfolio Recovery Associates, LLC,    POB 41067,
                   NORFOLK, VA 23541)
12556315        ##+BANK OF AMERICA,     P.O. BOX 17054,    WILMINGTON, DE 19850-7054
12556316        ##+BANK OF AMERICA,     P.O. BOX 17054,    WILMNGTON, DE 19850-7054
12556343        ##+MICHAEL F. RATCHFORD, ESQUIRE,    120 N. KEYSER AVENUE,    SCRANTON, PA 18504-9701
                                                                                          TOTALS: 1, * 12, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2017                                            Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 26, 2017 at the address(es) listed below:
              ANN E. SWARTZ    on behalf of Creditor    Bank Of America, N.A. ecfmail@mwc-law.com,
               ecfmail@mwc-law.com
              ANN E. SWARTZ    on behalf of Creditor    EverBank ecfmail@mwc-law.com, ecfmail@mwc-law.com
              CELINE P. DERKRIKORIAN    on behalf of Creditor    EverBank ecfmail@mwc-law.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Bank of America, N.A., et al
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Bank Of America, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MARISA MYERS COHEN    on behalf of Creditor    EverBank mcohen@mwc-law.com
              MARY F. KENNEDY    on behalf of Creditor    Ditech Financial LLC f/k/a Green Tree Servicing LLC
               mary@javardianlaw.com, tami@javardianlaw.com
              ROBERT MICHAEL KLINE    on behalf of Creditor    MTGLQ Investors, LP Pacer@squirelaw.com,
               rmklinelaw@aol.com
              THOMAS I. PULEO    on behalf of Creditor    Bank Of America, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              THOMAS L. LIGHTNER    on behalf of Debtor John G. Kondoleon tlightner@lightnerlaw.com,
               sbennett@lightnerlaw.com
              THOMAS L. LIGHTNER    on behalf of Joint Debtor Georgia  Kondoleon tlightner@lightnerlaw.com,
               sbennett@lightnerlaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 14
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: John G. Kondoleon and Georgia Kondoleon

        Debtor(s)                        Bankruptcy No: 11−22501−ref

                                                 Chapter: 13

_____

### *NOTICE*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

   1. The Standing Chapter 13 Trustee has filed his final report and account.

   2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

        400 Washington Street
        Suite 300
        Reading, PA 19601

within 30 days from the date of this notice.

   3. In the absence of any objection, the Court may enter the Order of Discharge.

                                                 For The Court

                                                 Timothy B. McGrath
                                                 Clerk of Court

Dated: 4/26/17

                                                                                         103 − 101
                                                                   Form 138_new