## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: John G. Kondoleon | : | Chapter 13 |
| Georgia Kodoleon | : | |
| | : | |
| Debtors | : | Case No. 11-22501-ref |

### STATEMENT OF DEBTOR'S DEATH

TO THE COURT, CHAPTER 13 TRUSTEE, ALL CREDITORS & ALL PARTIES IN INTEREST:

Please take notice that the Debtor, Georgia Kodoleon, died on April 27, 2017. Attached hereto as Exhibit "A" and made a part hereof is a copy of the decedent's death certificate.

Lightner Law Offices, P.C.

Dated: May 5, 2017

Thomas L. Lightner, Esquire
4652 Hamilton Blvd.
Allentown, PA 18103-6021
610-530-9300 – Phone
610-530-9310 - Fax

# LOCAL REGISTRAR'S CERTIFICATION OF DEATH

**WARNING: It is illegal to duplicate this copy by photostat or photograph.**

Fee for this certificate, $6.00



This is to certify that the information here given is correctly copied from an original Certificate of Death duly filed with me as Local Registrar. The original certificate will be forwarded to the State Vital Records Office for permanent filing.

P 23821629
Certification Number

David S. Shoemaker
Local Registrar

Date Issued

## CERTIFICATE OF DEATH

COMMONWEALTH OF PENNSYLVANIA • DEPARTMENT OF HEALTH • VITAL RECORDS

| Field | Value |
|---|---|
| 1. Decedent's Legal Name | Georgia Kondoleon |
| 2. Sex | Female |
| 3. Social Security Number | ###-##-5089 |
| 4. Date of Death | April 27, 2017 |
| 5a. Age-Last Birthday | 45 |
| 6. Date of Birth | April 19, 1972 |
| 7a. Birthplace | Kambia, Chios, Greece |
| 7b. Birthplace (County) | Kambia |
| 8a. Residence (State) | PA |
| 8b. Residence (Street) | 5121 Cassidy Drive |
| 8c. Did Decedent Live in a Township? | No, decedent lived within limits of Schnecksville |
| 8d. Residence (County) | Lehigh |
| 8e. Residence (Zip Code) | 18078 |
| 9. Ever in US Armed Forces? | No |
| 10. Marital Status | Married |
| 11. Surviving Spouse's Name | John G. Kondoleon |
| 12. Father/Parent's Name | Kostas Sideris |
| 13. Mother/Parent's Name | Maria Koutsouris |
| 14a. Informant's Name | John G. Kondoleon |
| 14b. Relationship to Decedent | Husband |
| 14c. Informant's Mailing Address | 5121 Cassidy Drive Schnecksville PA 18078 |
| 15a. Place of Death | Hospice Facility |
| 15b. Facility Name | Lehigh Valley Hospital - Cedar Crest |
| 15c. City or Town, State, and Zip Code | Allentown, PA 18103 |
| 15d. County of Death | Lehigh |
| 16a. Method of Disposition | Burial |
| 16b. Date of Disposition | April 29, 2017 |
| 16c. Place of Disposition | Cedar Hill Memorial Park |
| 16d. Location of Disposition | Allentown, PA 18109 |
| 17a. Signature of Funeral Service Licensee | Philip Herron |
| 17b. License Number | FD-012832-L |
| 17c. Name and Complete Address of Funeral Facility | Seli-Herron Funeral Home 1145 Lehigh Street, Allentown, PA 18103 / John F. Herron Funeral Home 458 Center Street Bethlehem, PA 18018 |
| 18. Decedent's Education | High school graduate or GED completed |
| 19. Decedent of Hispanic Origin | No, not Spanish/Hispanic/Latino |
| 20. Decedent's Race | White |
| 21. Decedent's Single Race Self-Designation | White |
| 22a. Decedent's Usual Occupation | Manager |
| 22b. Kind of Business/Industry | Parkland Restaurant |
| 24. Time of Death | 8:40 AM |
| 25. Was Medical Examiner or Coroner Contacted? | No |

### 26. Part I. Cause of Death

| | Cause | Approximate Interval: Onset to Death |
|---|---|---|
| IMMEDIATE CAUSE | a. Metastatic melanoma | |
| Due to | b. Ocular melanoma | 5 years |

26. Part II. Other significant conditions contributing to death: (blank)

| Field | Value |
|---|---|
| 27. Was an autopsy performed? | No |
| 28. Were autopsy findings available to complete the cause of death? | No |
| 29. If Female | Not pregnant within past year |
| 30. Did Tobacco Use Contribute to Death? | Unknown |
| 31. Manner of Death | Natural |
| 36. Injury at Work | No |
| 39a. Certifier | Certifying only |
| Signature of certifier | Sarah Nicklin, MD |
| Title of certifier | MD |
| License Number | MD063945L |
| 39b. Name, Address of Person Completing Cause of Death | Sarah Nicklin, MD 2024 Lehigh St. Suite 100, Allentown, PA 18103 |
| 39c. Date Signed | April 27, 2017 |
| 40. Registrar's District Number | 39-360 |
| 42. Registrar File Date | APR 28 2017 |

State Use Only